IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR362 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAUL PALMA-SOLANO, | ) | |
| | ) | |
| Defendant. | ) | |

  This matter is before the court on the oral motion of defendant Saul Palma-Solano (Palma-Solano) for a continuance of the trial. The motion was made during a detention hearing on December 11, 2012. Palma-Solano was represented by Thomas L. Niklitschek. Laura Garcia-Hein served as an interpreter in the Spanish language. Palma-Solano agreed to the motion and acknowledged the additional time needed for the motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

  **IT IS ORDERED:**

  1. The motion for a continuance of trial is granted.

  2. Trial of this matter shall commence before Senior Judge Richard G. Kopf and a jury **at 8:30 a.m. on February 19, 2013**, in Courtroom No. 1, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

  2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from December 11, 2012, and February 19, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

  DATED this 11th day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge